# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>DANIEL COHEN,<br><br>            Plaintiffs,<br><br>v.<br><br>BLACKBAUD, INC., a Delaware Corporation, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, a Massachusetts not-for-profit corporation, and BANK STREET COLLEGE OF EDUCATION, a New York not-for-profit corporation,<br><br>            Defendants. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br>Case No. 3:21-cv-00948 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendants Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated:   September 16, 2025                            Respectfully submitted,

                **BURR & FORMAN, LLP**

*/s/ Celeste T. Jones*
Celeste T. Jones (Fed. ID # 2225)
   1221 Main Street, Suite 1800
Columbia, SC 29201
Tel: 803-799-9800
Fax: 803-753-3278
Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**
*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, CA 92618
Tel: 949-622-2722
Fax: 949-622-2739
Email: ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*
**LAW OFFICE OF CARL J. MARQUARDT PLLC**

*/s/ Carl J. Marquart*
Carl J. Marquardt
1126 34th Avenue, Suite 311
Seattle, WA 98122
(206) 388-4498
Carl@cjmlawoffice.com

*/s/ Mark J. Javitch*
Mark L. Javitch
**JAVITCH LAW OFFICE**
480 S. Ellsworth Avenue
San Mateo, CA 94401
(650) 781-8000

*/s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr.
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020
tom@attorneyzim.com

*Counsel for Plaintiff*

**JENNER AND BLOCK**

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison
1099 New York Avenue W, Suite 900
Washington DC 2001
(202) 639-6000
Lharrison@jenner.com

*/s/ Kate T. Spelman*
Kate T. Spelman
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-2246
Kspelman@jenner.com

*Counsel for The President and Fellows of Harvard College a Massachusetts not-for-profit corporation*

**BOND SCHOENECK AND KING PLLC**

*/s/ Jessica L. Copeland*
Jessica L. Copeland
Avant Building
200 Delaware Avenue, Suite 200
Buffalo, NY 14202
(716) 416-7034
jcopeland@bsk.com

*Counsel for Bank Street College of Education a New York not-for-profit corporation*